UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
H.H., an infant by NANCY HELD, mother and
natural guardian, and NANCY HELD, individually,

        CASE #: 23-cv-7083 (LLS)

        Plaintiffs,

    -against-        CIVIL ACTION

HYATT HOTELS CORPORATION d/b/a GRAND
HYATT BAHA MAR, CTF BM OPERATIONS LTD.   **AFFIRMATION OF SERVICE**
d/b/a BAHA MAR, and HYATT SERVICES
CARIBBEAN LLC,

        Defendants.
----------------------------------------------------------------X

    I, Carl E. Zapffe, Esq., hereby affirm under penalties of perjury the truth of the following statements:

    1.    I am an attorney with the law firm of Held & Hines LLP, attorneys for Plaintiffs in the above-captioned matter, and I am a duly admitted attorney of the United States District Court for the Southern District of New York. Therefore, I am fully familiar with the facts and circumstances of the matter at hand.

    2.    On April 25, 2024, I served a true and exact copy of Plaintiffs' Opposition to Defendants' Motion to Dismiss, complete with all accompanying documents and exhibits, if any, on the following individual(s):

        Peter T. Shapiro, Esq.
        Lewis Brisbois Bisgaard & Smith LLP
        77 Water Street, Suite 2100
        New York, NY 10005
        Peter.Shapiro@lewisbrisbois.com

- 2 -

3.  The foregoing service was effectuated by e-filing the referenced document(s) via ECF, which in turn sent a Notice of Electronic Filing e-mail to the above-named individual(s), all of whom are registered ECF users.

<strong>HELD & HINES, LLP</strong>

Dated: New York, New York  
       April 25, 2024

By: _/s/ Carl E. Zapffe_  
Carl E. Zapffe, Esq.  
622 Third Avenue, Suite 600  
New York, NY 10017  
212-696-4529 (Phone)  
czapffe@heldhines.com  
*Attorneys for Plaintiffs*